UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAMONT MARSHALL | CIVIL ACTION NO. 6:22-cv-00999 |
| VERSUS | JUDGE SUMMERHAYS |
| FRANZISKA DUHR, ET AL. | MAGISTRATE JUDGE AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's motion to remand (Rec. Doc. 4) is GRANTED, consistent with the report and recommendation; the case is REMANDED to the Fifteenth Judicial District Court, Lafayette Parish, Louisiana.

Signed at Lafayette, Louisiana, this 1st day of November, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE